UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jeffrey Lashley B/C# 895-170-1069

Write the full name of each plaintiff.

No. 18 CV 4703
(To be filled out by Clerk's Office)

-against-

Officer Hall # 12404
New York City Department of Corrections

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes   ☒ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Jeffrey_ _____ _Lashley_
First Name       Middle Initial       Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

B/C# 895-170-1069 / NYSID# 12006652
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

GRVC / Rikers Island
Current Place of Detention

09-09 - Hazen Street C
Institutional Address

_East Elmhurst_ _____ _NY_ _____ _11370_
County, City       State       Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_____ _Hall_____ _12404_____
First Name                Last Name                Shield #

_Correctional Officer_____
Current Job Title (or other identifying information)

_125 White Street_____
Current Work Address

_New York_____ _New York_____ _10013_____
County, City        State                Zip Code

Defendant 2:

_New York City Department of Corrections_____
First Name                Last Name                Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City        State                Zip Code

Defendant 3:

_____
First Name                Last Name                Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City        State                Zip Code

Defendant 4:

_____
First Name                Last Name                Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City        State                Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Manhattan Detention Center / Housing unit (11W) Cell (9L)

Date(s) of occurrence: January, 28, 2018

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On the above date (January, 28, 2018) at apt 1:00-1:35 Am I was in my Cell using the rest room standing at the toilet. However while I was retrieving tissue to dry off my Penis officer Hall # 12409 opened my Cell door and "Sexually Assaulted" me by grabbing my Penis stating that "I have a big Black Cock". However I moved away very fast and ran pass her and started screaming for help, at which that Point Captin Camacho Came and asked me what happened, I explained to her what happen and she put me to the Clinic to be seen, and however I was given Pain medications (Nacrosone 500 mg x2 a day for 7 days) for the pain that was caused in my Penis. Then the next day on 1/29/18 I was Seen by mental Health and diagnosed with depression, the same day on 1/29/18 I contacted the NYS Inspector General and made a complaint at 10:20 Am, at 10:30 Am I was seen in the Clinic again for sick call to check up on the Pain in my Penis, at 10:45 I called (311) and reported

the incident and I recieved a Complaint # C-1-1-1519406828, at 11:05am I then Contacted Board of Corrections and informed them of the incident, and I also Filed an Institutional Greivance and recieved "no" response as of this date.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was diagnosed with depression and I have also been tramatized by this incident, I also have gained Pain in my Penis from the way officer Hall 12404 Grabed my Penis. I also suffer from Bad memories from that date and hucallions from that incident.

### VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I'm requesting for a monetary settlement of $1,250,000.00 and I'm requesting for a restraing order and I will also like to Press Charges against officer Hall # 12404.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 5/1/2018

Plaintiff's Signature: [signature]

First Name: Jeffrey

Middle Initial: 

Last Name: Cashley

Prison Address: 04-04 Hazen Street

County, City: East Elmhurst

State: NY

Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 5/2/18

**CERTIFIED MAIL**

7014 3490 0000 1699 3008

Jeffrey Lashley B/c# 895-170-1069
09-09 Hazen Street
East Elmhurst, NY 11370

RECEIVED
MAY 25 2018
CLERK'S OFFICE

USMS SDNY

RETURN RECEIPT REQUESTED

Clerk of the Court
U.S. District Court
Southern District of New York
500 Pearl Street, NY, NY 10007

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 007.62⁰
0000902988  MAY 21 2018
MAILED FROM ZIP CODE 11370

CLERK'S OFFICE
S.D.N.Y.
2018 MAY 25 PM 12:35
RECEIVED

Legal Mail